# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 21, 2023

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7260
Washington, DC 20530

        No. 23-10707    National Rifle Association v. Bureau of
                        Alcohol
                        USDC No. 3:21-CV-116

Dear Counsel,

This letter will serve to confirm our telephone conversation this
date advising the parties that the court has requested that any
response to the Appellant's Motion to expedite appeal be filed in
this office on or before 5:00 pm on Tuesday,  July 25, 2023.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

cc:
    Mr. Matthew Hogan Davis
    Mr. Benjamin Lewis
    Mr. Noah Barnett Peters
    Mr. Brian Walters Stoltz