No. 23-10707

# In the United States Court of Appeals For the Fifth Circuit

SECOND AMENDMENT FOUNDATION INCORPORATED, ET AL,

*Plaintiffs*

THE NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED,

*Movant-Appellant*

*v.*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, U.S. ATTORNEY GENERAL,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
No. 3:21-cv-00116

**REPLY FOR MOVANT-APPELLANT**

WILLIAM A. BREWER III
MATTHEW H. DAVIS
NOAH PETERS
Brewer Attorneys & Counselors
1717 Main Street, Suite 5900
Dallas, TX 75201
(214) 653-4000
nbp@brewerattorneys.com

July 25, 2023                                Counsel for Movant-Appellant

# REPLY

In their Opposition, Defendants-Appellees note, "The NRA filed its opening brief yesterday, on July 24, 24 days after the district court denied its motion to intervene on June 30. The government should be granted an equivalent amount of time to respond."

The NRA's proposed briefing schedule makes Defendants-Appellees' response brief due August 14, 21 days after the NRA filed its opening brief. That schedule indeed gives Defendants-Appellees a roughly equivalent amount of time to respond that the NRA had to file its opening brief—more so than if Defendants-Appellants were granted 30 days.

Further, the NRA filed its opening brief on the Monday after the Friday on which the Record on Appeal was filed. It could hardly have filed any sooner. And, as noted in its motion, it suffers institutional injury every day that its members are subject to potential felony prosecution but members of similarly-situated gun groups are protected from such harm.

# CONCLUSION

This Court should grant the NRA's motion to expedite the appeal and set a briefing schedule as follows:

- Appellees' Response Brief: August 14
- Appellant's Reply Brief: August 21
- Oral Argument: August 31, or as soon thereafter as practicable

1

Dated: July 25, 2023

By: /s/ Noah Peters
William A. Brewer III
Matthew H. Davis
Noah Peters
nbp@brewerattorneys.com
Brewer Attorneys & Counselors
1717 Main Street, Suite 5900
Dallas, TX 75201
Telephone: (214) 653-4012

Counsel for Movant-Appellant

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font. This brief also complies with the type-volume limitations, which limit replies to motions to 2600 words. This brief contains 192 words.

/s/ Noah Peters
NOAH PETERS

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ Noah Peters
NOAH PETERS
