# United States Court of Appeals for the Fifth Circuit

---

No. 23-10707

---

SECOND AMENDMENT FOUNDATION INCORPORATED, *Et al.*,

*Plaintiffs*,

THE NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED

*Movant—Appellant*,

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; REGINA LOMBARDO, *in her official capacity as Acting Director of the Bureau of Alcohol Tobacco Firearms and Explosives*; UNITED STATES DEPARTMENT OF JUSTICE; JEFFREY A. ROSEN, *in his official capacity as Acting U.S. Attorney General*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-116

---

UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's opposed motion to expedite the appeal is GRANTED.